# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **PETER JAMES,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-926-ALM-KPJ |
| **KEEL RECOVERY,** | § § § | |
| Defendant. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 27, 2022, the Magistrate Judge entered a report and recommendation (Dkt. #14) that Plaintiff Peter James's ("Plaintiff") claims against Defendant Keel Recovery ("Defendant") be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's claims in this action against Defendant are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 14th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE